**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2019-1
OCTOBER 16, 2019 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-00267
    18 U.S.C. § 922(u)
    18 U.S.C. § 924(i)(1)
    18 U.S.C. § 2

JAMES EVANS
REBECCA ANN SELLERS
DESTINY MOORE

## INDICTMENT
(Theft from Federal Firearms Licensee)

The Grand Jury Charges:

On or about April 7, 2019, at or near Ravenswood, Jackson County, West Virginia, and within the Southern District of West Virginia, defendants JAMES EVANS, REBECCA ANN SELLERS, DESTINY MOORE, and another person known to the grand jury, aided and abetted by each other, did knowingly steal and unlawfully take and carry away from the premises of a person who was licensed to engage in the business of importing, manufacturing, and dealing in firearms, the following firearms that were in the licensee's business inventory and that had been shipped and transported in interstate and foreign commerce:

a. FEG, model PA63, 9mm pistol, serial number BC7860;

b. Ruger, model Mark III, .22 caliber pistol, serial number 274-78761;

c. Ruger, model Mark III, .22 caliber pistol, serial number 275-45792;

d. Ruger, model Mark III, .22 caliber pistol, serial number 275-52793;

e. Romarm/Cugir, model WASR-10, 7.62 caliber rifle, serial number A1-50458-16;

f. FNH U.S.A., LLC, model FNX-40, .40 caliber pistol, serial number FX2U024470;

g. Glock GMBH, model 20, 10mm pistol, serial number BDHS326;

h. Taurus, model PT1911, .45 caliber pistol, serial number NAV14261;

i. Taurus, model PT840, .40 caliber pistol, serial number SCP50761;

j. Taurus, model 44, .44 caliber revolver, serial number LS441186;

k. Kahr Arms, model CT 40, .40 caliber pistol, serial number AAA2179;

l. Ruger, model P345, .45 caliber pistol, serial number 66467657;

m. Hi-Point, model CF380, .380 caliber pistol, serial number P8133112;

n. Charter Arms, model Bulldog, .44 caliber revolver, serial number 18-09384;

o. Ruger, model American Rifle, .450 caliber rifle, serial number 690332638;

p. Henry Repeating Rifle Company, .44 caliber rifle, serial number 44SSR00324;

    q.    Beretta, Pietro S.P.A., model Px4 Storm, 9mm pistol, serial number PX47679;

    r.    Ruger, model Mark III, .22 caliber pistol, serial number 274-80546;

    s.    Remington Arms Company, model RM380, .380 caliber pistol, serial number RM012252C;

    t.    Ruger, model SR40C, .40 caliber pistol, serial number 343-59990;

    u.    Smith & Wesson, model SW40VE, .40 caliber pistol, serial number DSJ1830;

    v.    Chiappa Firearms, Ltd., model M9-22, .22 caliber pistol, serial number 13F86648; and

    w.    Ruger, model Blackhawk, .44 caliber revolver, serial number 82-29693.

In violation of Title 18, United States Code, Sections 922(u), 924(i)(1), and 2.

MICHAEL B. STUART
United States Attorney

By: _____
JOSHUA C. HANKS
Assistant United States Attorney