```
         IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                                   CRIMINAL NO. 2:19-cr-00267-01

**JAMES EVANS**

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

    1.  <u>Eligibility of Case</u>.  This case involves a:

        <u>    </u> crime of violence [18 U.S.C. § 3142(f)(1)(a)]

        <u>    </u> maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

        <u>    </u> 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

        <u>    </u> felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

        <u> x </u> minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

        <u> x </u> serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

        <u>    </u> serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    __x__  Defendant's appearance as required

    __x__  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

    ____  Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____  Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    ____  Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    ____  At first appearance

    __x__  After continuance of 3 days.

5. <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED: October 18, 2019

                        Respectfully submitted,

                        MICHAEL B. STUART
                        United States Attorney


                By:   <u>s/Joshua C. Hanks</u>
                      JOSHUA C. HANKS
                      Assistant United States Attorney
                      WV State Bar No. 8550
                      300 Virginia Street, East
                      Room 4000
                      Charleston, WV 25301
                      Telephone: 304-345-2200
                      Fax: 304-347-5104
                      Email: <u>josh.hanks@usdoj.gov</u>